1  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
2  JOHN S. HONG, Bar No. 255150
   jhong@littler.com
3  MEL M.C. COLE, Bar No. 293265
   mmcole@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California 94108.2693
6  Telephone:  415.433.1940
   Facsimile:  415.399.8490
7
   Attorneys for Defendant
8  POSTMATES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS, individually and on behalf of all others similarly situated, | Case No. 4:15-cv-01284-JSW |
|---|---|
| Plaintiffs, | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| v. | Complaint Filed: March 19, 2015 |
| POSTMATES, INC., | FAC Filed: May 26, 2015 |
| Defendant. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

Case No. 4:15-cv-01284-JSW

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant POSTMATES, INC.
2  states that there is no parent corporation and there is no publicly held corporation that owns 10% or
3  more of its stock.

4  Dated: June 4, 2015

*/s/ Andrew M. Spurchise*
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
POSTMATES, INC.

Firmwide:133824265.1 078219.1003

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT                 1.                    Case No. 4:15-cv-01284-JSW