ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
JOHN S. HONG, Bar No. 255150
jhong@littler.com
MEL M.C. COLE, Bar No. 293265
mmcole@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
POSTMATES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY SINGER and RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMATES, INC.,<br><br>Defendant. | Case No. 4:15-cv-01284-JSW<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: March 19, 2015<br>FAC Filed: May 26, 2015 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES/PERSONS

Case No. 4:15-cv-01284-JSW

Pursuant to Civil L.R. 3-15, the undersigned certifies that, other than the named parties to this action, there are no persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

Dated: June 4, 2015

*/s/ Andrew M. Spurchise*
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
POSTMATES, INC.

Firmwide:133824300.1 078219.1003

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES/PERSONS     1.     Case No. 4:15-cv-01284-JSW