WHEELER TRIGG O'DONNELL LLP
Andrew M. Unthank (appearance *pro hac vice*)
Erin F. Frohardt (appearance *pro hac vice*)
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: unthank@wtotrial.com
Email: frohardt@wtotrial.com

GLYNN & FINLEY, LLP
Clement L. Glynn (SBN 57117)
Jon A. Eldredge (SBN 238559)
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, California 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
Email: jeldredge@glynnfinley.com

Attorneys for Defendant,
Whirlpool Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| WILLIAM BURDT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>　　　　Defendants. | Case No.: 4:15-cv-01563-JSW<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT WHIRLPOOL CORPORATION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

[~~PROPOSED~~] ORDER GRANTING STIPULATION
CASE NO. 4:15-cv-01563

1    **IT IS HEREBY ORDERED** that Whirlpool's Motion is **GRANTED**, the Parties'
2    Stipulation is **APPROVED**, and Defendant Whirlpool Corporation shall have up to and including
3    June 15, 2015 to file its reply in support of its motion to dismiss.
4    **IT IS SO ORDERED.**
5    Dated: June 4, 2015

_____
Jeffrey S. White,
U.S. District Court Judge