1  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
2  JOHN S. HONG, Bar No. 255150
   jhong@littler.com
3  MEL M.C. COLE, Bar No. 293265
   mmcole@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendant
8  POSTMATES, INC.

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  SHERRY SINGER, RYAN WILLIAMS,          Case No.  4:15-cv-01284-JSW
    RYDER VANDERHEYDEN, STEVEN
14  GRANT, and MICHAEL TSAPATSARIS,        **STIPULATION AND [PROPOSED]**
    individually and on behalf of all others   **ORDER TO EXTEND BRIEFING**
15  similarly situated,                    **SCHEDULE AND COTINUE PLAINTIFFS'**
                                           **MOTION FOR NOTICE TO BE ISSUED**
16                Plaintiffs,              **TO SIMILARLY SITUATED EMPLOYEES**
                                           **PURSUANT TO 29 U.S.C. § 216(b)** as modified
17        v.

18  POSTMATES, INC.,                       Date: TBD
                                           Time: TBD
19                Defendant.               Location: Courtroom 5, 2nd Floor

20                                         Complaint Filed: March 19, 2015
                                           FAC Filed: May 26, 2015
21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP  &  [PROPOSED]  ORDER  TO  EXTEND
BRIEFING  SCHEDULE  RE:  PLTFS'  MOT  FOR
NOTICE PURSUANT TO 29 U.S.C. § 216(B)

Case No. 4:15-cv-01284-JSW

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS ("Plaintiffs") and Defendant POSTMATES, INC. ("Defendant"), through their respective counsel, as follows:

WHEREAS, Defendant executed a Waiver of Service sent on April 29, 2015, and Plaintiffs filed said Waiver of Service on May 7, 2015;

WHEREAS, Defendant's responsive pleading is now due on June 29, 2015 as a result of the Waiver of Service;

WHEREAS, Plaintiffs filed a Motion for Notice to Be Issued to Similarly Situated Employees Pursuant to 29 U.S.C. § 216(b) on May 26, 2015, causing Defendant's Opposition to be due June 9, 2015, before the deadline for Defendant's responsive pleading;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective attorneys of record as follows:

1.     The Parties agree to extend the briefing schedule so that Defendant's Opposition to Plaintiffs' Motion for Notice to Be Issued to Similarly Situated Employees Pursuant to 29 U.S.C. § 216(b) be due after Defendant's responsive pleading;

2.     The Parties further agree that the statute of limitations pertaining to the time available to any similarly situated employees to opt out will toll according to the originally noticed July 2, 2015 hearing date;

3.     The deadline for Defendant's Opposition will be continued from June 9, 2015 to July 20, 2015;

4.     The deadline for Plaintiffs' Reply will be continued from June 16, 2015 to July 31, 2015;

5.     The hearing for Plaintiffs' Motion is Noticed for August 7, 2015, at 9:00 a.m., or any date and time thereafter at the Court's convenience, in Courtroom 5, 2nd Floor, at 1301 Clay Street, Oakland, CA 94612.

//

//

STIP & [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE: PLTFS' MOT FOR NOTICE PURSUANT TO 29 U.S.C. § 216(B)

Case No. 4:15-cv-01284-JSW

1    **IT IS SO STIPULATED.**

2

3    Dated: June 4, 2015

4

5                                            /s/ Andrew M. Spurchise
                                             ANDREW M. SPURCHISE
6                                            LITTLER MENDELSON, P.C.
                                             Attorneys for Defendant
7                                            POSTMATES, INC.

8    Dated: June 4, 2015

9

10                                           /s/ Shannon Liss-Riordan
                                             SHANNON LISS-RIORDAN
11                                           ADELAIDE PAGANO
                                             LICHTEN & LISS-RIODAN, P.C.
12                                           Attorneys for Plaintiffs
                                             SHERRY SINGER, RYAN WILLIAMS,
13                                           RYDER VANDERHEYDEN, STEVEN
                                             GRANT, AND MICHAEL TSAPATSARIS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [~~PROPOSED~~] ORDER TO EXTEND
BRIEFING SCHEDULE RE: PLTFS' MOT FOR      2.
NOTICE PURSUANT TO 29 U.S.C. § 216(B)                          Case No. 4:15-cv-01284-JSW

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the deadline for Defendant's Opposition will be continued from June 9, 2015 to ~~July 20,~~ July 13 2015; the deadline for Plaintiffs' Reply will be continued from June 16, 2015 to ~~July 31,~~ July 30 2015; and the hearing for Plaintiffs' Motion is Noticed for ~~August 7,~~ August 14 2015, at 9:00 a.m., in Courtroom 5, 2nd Floor, at 1301 Clay Street, Oakland, CA 94612.

**IT IS SO ORDERED.**

_____

HON. JEFFREY S. WHITE, JUDGE OF THE
UNITED STATES DISTRICT COURT

Firmwide:133915093.1 078219.1003

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP & **[PROPOSED]** ORDER TO EXTEND BRIEFING SCHEDULE RE: PLTFS' MOT FOR NOTICE PURSUANT TO 29 U.S.C. § 216(B)

3.

Case No. 4:15-cv-01284-JSW