1  SHANNON LISS-RIORDAN, *pro hac vice*
   (sliss@llrlaw.com)
2  ADELAIDE PAGANO*, pro hac vice*
   (apagano@llrlaw.com)
3  LICHTEN & LISS-RIORDAN, P.C.
   729 Boylston Street, Suite 2000
4  Boston, MA 02116
   Telephone:    (617) 994-5800
5  Facsimile:    (617) 994-5801
6
7  MATTHEW CARLSON (SBN 273242)
   (mcarlson@carlsonlegalservices.com)
8  Carlson Legal Services
   100 Pine Street, Suite 1250
9  San Francisco, CA 94111
   Telephone:    (415) 817-1470
10
11 Attorneys for Plaintiffs
   SHERRY SINGER, RYAN WILLIAMS,
12 RYDER VANDERHEYDEN, STEVEN
   GRANT, and MICHAEL TSAPATSARIS

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 SHERRY SINGER, RYAN WILLIAMS,          Case No.  4:15-cv-01284-JSW
   RYDER VANDERHEYDEN, STEVEN
17 GRANT, and MICHAEL TSAPATSARIS,        **STIPULATION AND [PROPOSED]
   individually and on behalf of all others   ORDER TO COTINUE THE HEARING ON
18 similarly situated,                     PLAINTIFFS' MOTION FOR NOTICE TO
                                           BE ISSUED TO SIMILARLY SITUATED
19          Plaintiffs,                    EMPLOYEES PURSUANT TO 29 U.S.C. §
                                           216(b)**
20     v.
                                           Date: August 14, 2015
21 POSTMATES, INC.,                        Time: 9:00 am
                                           Location: Courtroom 5, 2nd Floor
22          Defendant.
                                           Complaint Filed: March 19, 2015
23                                         FAC Filed: May 26, 2015

24

25

26

27

28

STIP & [PROPOSED] ORDER TO CONTINUE
HEARING ON PLTFS' MOT FOR NOTICE                                    Case No. 4:15-cv-01284-JSW
PURSUANT TO 29 U.S.C. § 216(B)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS ("Plaintiffs") and Defendant POSTMATES, INC. ("Defendant"), through their respective counsel, as follows:

WHEREAS, the parties filed a Stipulation to on June 4, 2015, asking that the Court notice a hearing date on Plaintiffs' Motion For Notice to Be Issued to Similarly Situated Employees Pursuant to 29 U.S.C. § 216(b), be set for August 7, 2015 or any date and time thereafter at the Court's convenience;

WHEREAS, the Court issued a modified Order, setting the hearing date for August 14, 2015;

WHEREAS, Plaintiffs' counsel is scheduled to be on trial in federal court in Massachusetts in the case of <u>Garcia et al. v. E.J. Amusements of N.H., Inc. d/b/a Fiesta Shows et al</u>, C.A. No. 13-cv-12536-PBS (D.Mass.), and this trial is scheduled to begin on August 3, 2015, and is expected to last approximately two weeks;

WHEREAS, Plaintiffs' counsel has requested to have this trial postponed by a week, and the request is under advisement by the federal court; however, the trial cannot be postponed past August 10, 2015, due to the schedule of the presiding district court judge (who is unavailable the last week of August), and due to the limited seasonal availability of witnesses for this trial;

WHEREAS, Plaintiffs' counsel is therefore unavailable during the currently scheduled hearing date of August 14, 2015;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective attorneys of record as follows:

The hearing for Plaintiffs' Motion currently noticed for August 14, 2015, at 9:00 a.m., be moved to September 25, 2015, or any date and time thereafter at the Court's convenience in Courtroom 5, 2nd Floor, at 1301 Clay Street, Oakland, CA 94612.

//

//

**IT IS SO STIPULATED.**

Dated: June 9, 2015


                                    /s/ Shannon Liss-Riordan
                                    SHANNON LISS-RIORDAN
                                    ADELAIDE PAGANO
                                    LICHTEN & LISS-RIODAN, P.C.

                                    Attorneys for Plaintiffs
                                    SHERRY SINGER, RYAN WILLIAMS,
                                    RYDER VANDERHEYDEN, STEVEN
                                    GRANT, and MICHAEL TSAPATSARIS.

Dated: June 9, 2015


                                    /s/ Andrew M. Spurchise
                                    ANDREW M. SPURCHISE
                                    MELANIE MARIE CAMPILI COLE
                                    LITTLER MENDELSON, P.C.

                                    Attorneys for Defendant
                                    POSTMATES, INC.


## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.


   Dated:  June 10, 2015


                                    _____
                                    HON. JEFFREY S. WHITE, JUDGE OF THE
                                    UNITED STATES DISTRICT COURT