1  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
2  JOHN S. HONG, Bar No. 255150
   jhong@littler.com
3  MEL M.C. COLE, Bar No. 293265
   mmcole@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:   415.433.1940
   Facsimile:   415.399.8490
7
   Attorneys for Defendant
8  POSTMATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMATES, INC.,<br><br>Defendant. | Case No.  4:15-cv-01284-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNTS X AND XI OF PLAINTIFFS' FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>**[FRCP 12(B)(6)]**<br><br>Date:     September 4, 2015<br>Time:     9:00 a.m.<br>Location: Courtroom 5, 2nd Floor<br><br>Complaint Filed: March 19, 2015<br>FAC Filed: May 26, 2015 |

[PROPOSED] ORDER GRANTING DEF'S
MTN TO DISMISS COUNTS X & XI OF FAC

Case No. 4:15-cv-01284-JSW

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  Defendant Postmates, Inc.'s Motion to Dismiss Counts X and XI of Plaintiffs' First Amended Complaint with Prejudice came on for hearing on September 4, 2015 at 9:00 a.m. Andrew M. Spurchise and Mel M.C. Cole of Littler Mendelson, P.C. appeared on behalf of Defendant Postmates, Inc. Shannon Liss-Riordan of Lichten & Liss-Riordan, P.C. appeared on behalf of Plaintiffs Sherry Singer, Ryan Williams, Ryan Vanderheyden, Steven Grant and Michael Tsapatsaris. Having considered all of the papers filed by the parties and the oral argument on the motion, the Court finds as follows:

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant's Motion To Dismiss Counts X And XI Of Plaintiffs' First Amended Complaint With Prejudice is GRANTED.

**IT IS SO ORDERED.**

DATED: _____

HON. JEFFREY S. WHITE

Firmwide:132989690.1 078219.1003

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940