| | |
|---|---|
| 1 | SHANNON LISS-RIORDAN, *pro hac vice* |
| 2 | (sliss@llrlaw.com) |
|   | ADELAIDE PAGANO*, pro hac vice* |
| 3 | (apagano@llrlaw.com) |
|   | LICHTEN & LISS-RIORDAN, P.C. |
| 4 | 729 Boylston Street, Suite 2000 |
|   | Boston, MA 02116 |
| 5 | Telephone:    (617) 994-5800 |
|   | Facsimile:    (617) 994-5801 |
| 6 | |
| 7 | MATTHEW CARLSON (SBN 273242) |
|   | (mcarlson@carlsonlegalservices.com) |
| 8 | Carlson Legal Services |
|   | 100 Pine Street, Suite 1250 |
| 9 | San Francisco, CA 94111 |
|   | Telephone:    (415) 817-1470 |
| 10 | |
| 11 | Attorneys for Plaintiffs |
|   | SHERRY SINGER, RYAN WILLIAMS, |
|   | RYDER VANDERHEYDEN, STEVEN |
| 12 | GRANT, and MICHAEL TSAPATSARIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMATES, INC.,<br><br>Defendant. | Case No. 4:15-cv-01284-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND DEADLINES FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS COUNTS X AND XI AND PLAINTIFFS' MOTION FOR NOTICE TO BE ISSUED TO SIMILARLY SITUATED EMPLOYEES PURSUANT TO 29 U.S.C. § 216(b)**<br><br>Date: September 4, 2015<br>Time: 9:00 am<br>Location: Courtroom 5<br><br>Complaint Filed: March 19, 2015<br>FAC Filed: May 26, 2015 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS ("Plaintiffs") and Defendant POSTMATES, INC. ("Defendant"), through their respective counsel, as follows:

WHEREAS, the hearing on Plaintiffs' Motion For Notice to Be Issued to Similarly Situated Employees Pursuant to 29 U.S.C. § 216(b) and the Case Management Conference in this case are both currently scheduled for September 25, 2015;

WHEREAS, moving the hearing on Defendant's Motion to Dismiss Counts X and XI from September 4, 2015, to the same date of September 25, 2015, is efficient and will allow the Court to consider all pending motions concurrently;

WHEREAS, Plaintiffs' lead counsel is scheduled to be out of the country from July 17, 2015 to July 31, 2015, and is attending two mediations and a deposition in the coming week;

WHEREAS, the parties and the Court will not be prejudiced by a continuance of several weeks in the deadlines for briefing the pending motions and would still give the Court sufficient time to review the briefing before hearing the motions in late September;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective attorneys of record as follows:

a. The hearing on Defendant's Motion to Dismiss Counts X and XI be continued from September 4, 2015, to September 25, 2015;

b. The deadline for Defendant's Opposition to Plaintiffs' Motion For Notice to Be Issued to Similarly Situated Employees Pursuant to 29 U.S.C. § 216(b) be continued to August 18, 2015, and that the deadline for Plaintiffs' Reply in Support be continued to August 28, 2015;

c. The deadline for Plaintiffs' Opposition to Defendant's Motion to Dismiss Counts X and XI be continued to August 18, 2015, and that the deadline for Defendant's Reply in Support be continued to August 28, 2015.

**IT IS SO STIPULATED.**

STIP & [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND VARIOUS DEADLINES

Case No. 4:15-cv-01284-JSW

Dated: July 7, 2015

        */s/ Shannon Liss-Riordan*
        SHANNON LISS-RIORDAN
        ADELAIDE PAGANO
        LICHTEN & LISS-RIODAN, P.C.

        Attorneys for Plaintiffs
        SHERRY SINGER, RYAN WILLIAMS,
        RYDER VANDERHEYDEN, STEVEN
        GRANT, and MICHAEL TSAPATSARIS.

Dated: July 7, 2015

        */s/ Andrew Spurchise*
        ANDREW M. SPURCHISE
        MEL M.C. COLE
        LITTLER MENDELSON, P.C.

        Attorneys for Defendant
        POSTMATES, INC.

### [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: July 7, 2015

        *Jeffrey S. White*
        HON. JEFFREY S. WHITE, JUDGE OF THE
        UNITED STATES DISTRICT COURT

STIP & [PROPOSED] ORDER TO CONTINUE