UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHERRY SINGER, et al., | Case No. 15-cv-01284-JSW |
|---|---|
| Plaintiffs, | |
| v. | **ORDER REQUIRING RESPONSE TO OBJECTIONS AND PERMITTING BRIEF SUR-REPLY** |
| POSTMATES INC., | Re: Docket No. 48 |
| Defendant. | |

Defendants have objected to evidence that Plaintiffs submitted with the reply brief in support of their motion for notice to be issued to similarly situated employees, which is under submission. The Court HEREBY ORDERS Plaintiffs to file a response to the objections by no later than February 24, 2016, which shall not exceed five (5) pages.

It is FURTHER ORDERED that the Court shall permit Postmates the opportunity at this time to submit a brief sur-reply responding to the newly submitted evidence, in the event the Court overrules the objections to the evidence, either in whole or in part. That sur-reply also shall not exceed five (5) pages and shall be due on March 2, 2016. If the Court sustains Postmates' objections to the evidence, it shall not consider the arguments raised in the sur-reply.

**IT IS SO ORDERED.**

Dated: February 17, 2016

JEFFREY S. WHITE
United States District Judge