| | |
|---|---|
| ANDREW M. SPURCHISE, Bar No. 245998<br>aspurchise@littler.com<br>JOHN S. HONG, Bar No. 255150<br>jhong@littler.com<br>MEL M.C. COLE, Bar No. 293265<br>mmcole@littler.com<br>LITTLER MENDELSON, P.C.<br>333 Bush Street<br>34th Floor<br>San Francisco, California 94104<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490<br><br>Attorneys for Defendant<br>POSTMATES INC. | SHANNON LISS-RIORDAN, *pro hac vice*<br>ADELAIDE PAGANO, *pro hac vice*<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br>sliss@llrlaw.com<br>apagano@llrlaw.com<br><br>MATTHEW CARLSON, SBN 273242<br>LICHTEN & LISS-RIORDAN, P.C.<br>466 Geary Street, Suite 201<br>San Francisco, CA 94102<br>Telephone: (510) 239-4710<br>mcarlson@carlsonlegalservices.com<br><br>Attorneys for Plaintiffs<br>SHERRY SINGER, RYAN WILLIAMS,<br>RYDER VANDERHEYDEN, STEVEN<br>GRANT, and MICHAEL TSAPATSARIS,<br>individually and on behalf of all others<br>similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMATES, INC.,<br><br>Defendant. | Case No. 4:15-cv-01284-JSW<br><br>**JOINT NOTICE OF SCHEDULED MEDIATION DATE**<br><br><br>Complaint Filed: March 19, 2015<br>FAC Filed: May 26, 2015 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT NOTICE OF SCHEDULED
MEDIATION DATE

Case No. 415-cv-01284-KAW

PLEASE TAKE NOTICE, Plaintiffs SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, and MICHAEL TSAPATSARIS ("Plaintiffs") and Defendant POSTMATES, INC. ("Defendant"), through their respective counsel, wish to inform the Court of the status of the instant action. The Parties previously stipulated to a stay of the instant action based on a mediation date in April of 2016, and on February 19, 2016, the Court entered an Order based on the Parties' stipulation. The Parties now wish to inform the Court that the Parties are scheduled to mediate the instant action on July 15, 2016. The Parties will provide further notice to the Court after that date.

Dated: June 8, 2016

/s/ Mel M.C. Cole
MEL M.C. COLE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
POSTMATES INC.

Dated: June 8, 2016

/s/ Shannon Liss-Riordan
SHANNON LISS-RIORDAN
LICHTEN & LISS-RIORDAN, P.C.
Attorneys for Plaintiffs
SHERRY SINGER, RYAN WILLIAMS, RYDER VANDERHEYDEN, STEVEN GRANT, AND MICHAEL TSAPATSARIS, individually and on behalf of all others similarly situated

Firmwide:140880442.1 078219.1003

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT NOTICE OF SCHEDULED MEDIATION DATE    1.    Case No. 415-cv-01284-KAW